

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-19-00444-CR

**IN RE THE STATE OF TEXAS**, ex. rel. Joe D. Gonzales, District Attorney, Bexar County

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

On July 1, 2019, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than July 17, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. All proceedings in the underlying case, styled *The State of Texas v. Michael Stovall*, Cause Number 2017-CR-9645, pending in the 226th Judicial District Court, Bexar County, Texas, are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on July 2, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CR9645, styled *The State of Texas v. Michael Stovall*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.